**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ANONYOMOUS,**

**Plaintiff,**

**-against-**

**MCDERMOTT WILL & SHULTE LLP ET AL,**

**Defendants.**

**26-cv-06681 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 5, 2026, the Schulte Defendants filed a letter motion to seal and a sealed letter regarding a pre-motion conference. *See* ECF nos. 22-24. Per this Court's Individual Practices, Plaintiff is directed to respond to these requests by **October 9, 2026.**

**SO ORDERED.**

**Dated: October 6, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**